3

Law Offices of Peter L. Fear
Peter L. Fear, No. 207238
Gabriel J. Waddell, No. 256289
7750 North Fresno Street, Suite 101
Fresno, California 93720
(559) 436-6575
(559) 436-6580 (fax)
pfear@fearlaw.com

Attorney for Debtor APARICIO

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>RUBEN APARICIO and<br>ELAMA APARICIO,<br><br>Debtor(s). | Case No. 09-60145-B-13<br><br>Chapter 13<br><br>D.C. No. PLF-1<br><br>Date: March 11, 2010<br>Time: 1:30 pm<br>Place: Dept. B, Ctrm. 12, 5th Floor<br>      United States Courthouse<br>      2500 Tulare St., Fresno, California<br>Judge: Hon. W. Richard Lee |

**PROOF OF SERVICE BY MAIL**

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above-captioned matter. I further certify that service of the following documents was made on ___January 29, 2010___ in the manner described below:

**Documents Served**

MOTION TO VALUE COLLATERAL OF BAC HOME LOANS SERVICING, LP AS SERVICER FOR OR SUCCESSOR TO COUNTRYWIDE HOME LOANS, INC. FOR PURPOSE OF STRIPPING LIEN OF BAC HOME LOANS SERVICING, LP FROM REAL PROPERTY LOCATED AT 1643 S. HOPE AVE., REEDLEY, CA 93654 (In re Lam Motion)

NOTICE OF MOTION TO VALUE COLLATERAL OF BAC HOME LOANS SERVICING, LP AS SERVICER FOR OR SUCCESSOR TO COUNTRYWIDE HOME

FILED
January 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002381902

LOANS, INC. FOR PURPOSE OF STRIPPING LIEN OF BAC HOME LOANS SERVICING, LP FROM REAL PROPERTY LOCATED AT 1643 S. HOPE AVE., REEDLEY, CA 93654 (In re Lam Motion)

DECLARATION OF RUBEN APARICIO IN SUPPORT OF MOTION TO VALUE COLLATERAL OF BAC HOME LOANS SERVICING, LP

**Manner of Service**

__X__ MAIL SERVICE: By enclosing the documents in a sealed envelope, with postage fully pre-paid affixed thereto, and depositing the envelope with the United States Post Office for service by regular, first class United States mail addressed to:

| | |
|---|---|
| Office of the United States Trustee<br>United States Courthouse<br>2500 Tulare Street, Suite 1401<br>Fresno, California 93721-1318 | C T Corporation System<br> Registered Agent for Service of Process for<br>BAC Home Loans Servicing, LP<br>2700 Lake Cook Road<br>Riverwoods, IL 60015 |
| Michael H. Meyer<br>Chapter 13 Trustee<br>PO Box 28950<br>Fresno, CA 93729-8950 | C T Corporation System<br> Registered Agent for Service of Process for<br>BAC Home Loans Servicing, LP<br>818 West Seventh Street<br>Los Angeles, CA 90017 |
| Ruben Aparicio<br>Elama Aparicio<br>1643 South Hope Avenue<br>Reedley, California 93654 | C T Corporation System<br> Registered Agent for Service of Process for<br>Countrywide Home Loans, Inc.<br>818 West Seventh Street<br>Los Angeles, CA 90017 |

_____ FACSIMILE: By faxing the document(s) to the following person(s) at the following fax number(s):

_____ E-MAIL: By e-mailing the document(s) to the following person(s) at the following e-mail address(es):

_____ PERSONAL SERVICE: By leaving the document(s) with the following person(s) or with an officer or agent of the following person, as described below:

_____ CERTIFIED MAIL: By enclosing the documents in a sealed envelope, with postage fully pre-paid affixed thereto, and depositing the envelope with the

1     United States Post Office for service by certified United States mail, return receipt requested, addressed to:

3 _____ OVERNIGHT SERVICE: By enclosing the documents in a sealed envelope and depositing the envelope, fully pre-paid, with a carrier for delivery on the next business day, addressed to:

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Proof of Service was executed on __January 29, 2010__ at Fresno, California.

                                        _____/s/ Laurel L. Guenther_____
                                             LAUREL L. GUENTHER

# California Business Portal

Secretary of State DEBRA BOWEN

| Business Search Corporations |
|---|
| Printer Friendly Page |
| New Search |
| Search Tips |
| Field Definitions |
| Status Definitions |
| Name Availability |
| Corporate Records |
| Business Entities Records Order Form  Certificates  Copies  Status Reports |
| FAQS |
| Corporations Main Page |
| Site Search |

## Corporations

The information displayed here is current as of "NOV 20, 2009" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| COUNTRYWIDE HOME LOANS, INC. |
| **Number:** C0568549 **Date Filed:** 4/29/1969 **Status:** active |
| **Jurisdiction:** NEW YORK |
| **Address** |
| 4500 PARK GRANADA #11 |
| CALABASAS, CA 91302 |
| **Agent for Service of Process** |
| C T CORPORATION SYSTEM |
| 818 WEST SEVENTH ST |
| LOS ANGELES, CA 90017 |

Printer Friendly

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. Privacy Statement.

# California Business Portal

Secretary of State DEBRA BOWEN

| Business Search Corporations |
|---|
| Printer Friendly Page |
| New Search |
| Search Tips |
| Field Definitions |
| Status Definitions |
| Name Availability |
| Corporate Records |
| Business Entities Records Order Form  Certificates  Copies  Status Reports |
| FAQS |
| Corporations Main Page |
| Site Search |

## Corporations

The information displayed here is current as of "NOV 20, 2009" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| C T CORPORATION SYSTEM |
| Number: C0168406  Date Filed: 9/11/1936  Status: active |
| Jurisdiction: DELAWARE |
| **Address** |
| 2700 LAKE COOK ROAD |
| RIVERWOODS, IL 60015 |
| **Agent for Service of Process** |
| JERE KEPRIOS |
| C/O CT CORPORATION SYSTEM |
| 818 W. SEVENTH STREET |
| LOS ANGELES, CA 90017 |

Printer Friendly

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. Privacy Statement.

# California Business Portal

Secretary of State DEBRA BOWEN

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | BUSINESS PROGRAMS | ARCHIVES & MUSEUM | OTHER SERVICES

**Business Search LP/LLC**

- Printer Friendly Page
- New Search
- Search Tips
- Field Definitions
- Status Definitions
- LLC Name Availability
- LP Name Availability
- Business Entities Records Order Form
  - Certificates
  - Copies
  - Status Reports
- LLC FAQS
- LP FAQS
- LLC Main Page
- LP Main Page
- Site Search

Limited Partnerships/Limited Liability Companies **LP/LLC**

The information displayed here is current as of "Nov 20, 2009" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC | | |
|---|---|---|
| BAC HOME LOANS SERVICING, LP | | |
| Number: 200017300008 | Date Filed: 6/20/2000 | Status: active |
| Jurisdiction: TEXAS | | |
| Address | | |
| 4500 PARK GRANADA | | |
| CALABASAS, CA 91302 | | |
| Agent for Service of Process | | |
| C T CORPORATION SYSTEM (C0168406) | | |

Printer Friendly

**New Search**

- Fees and instructions for requesting certification of limited partnership and/or limited liability company records are included on the **Business Entities Records Order Form**.
- Blank fields indicate the information is not contained in the computer file.
- If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**.

Copyright ©2001 California Secretary of State. Privacy Statement.